## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:24-CV-61502-DSL

Plaintiff/Petitioner:
**JOHN DUMAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant/Respondent:
**JERICO PICTURES, INC. D/B/A NATIONAL PUBLIC DATA**

TTH2024008588

For:
Bryan F. Aylstock
AYLSTOCK, WITKIN, et al
17 East Main Street
Suite 200
Pensacola, FL 32502

Received by Anil Kumar Srivastava on the 22nd day of August, 2024 at 5:31 pm to be served on **JERICO PICTURES, INC. D/B/A NATIONAL PUBLIC DATA C/O SALVATORE VERINI, JR., 1801 N.W. 126TH WAY, CORAL SPRINGS, FL 33071**.

I, Anil Kumar Srivastava, do hereby affirm that on the **24th day of August, 2024 at 10:03 am**, I:

served a **CORPORATION - REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMANDED, CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **SALVATORE VERINI, JR.** as **Registered Agent** at the address of: **1801 N.W. 126TH WAY, CORAL SPRINGS, FL 33071** on behalf of **JERICO PICTURES, INC. D/B/A NATIONAL PUBLIC DATA**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 180, Hair: Salt & Pepper, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.
NOTARY NOT REQUIRED PURSUANT TO F.S.92.525(2).

**Anil Kumar Srivastava**
#1600

Thornton Process Service - Outserving
1559 WEST KINGSFIELD RD.
CANTONMENT, FL 32533
(850) 478-3333

Our Job Serial Number: TTH-2024008588