### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DUMAS, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> JERICO PICTURES, INC., d/b/a NATIONAL PUBLIC DATA <br><br> *Defendant*. | Case No.: 0:24-cv-61502-DSL <br><br> <u>**CLASS ACTION**</u> |

### <u>MOTION FOR ENTRY OF CLERK'S DEFAULT</u>

Plaintiff John Dumas, individually and on behalf of all others similarly situated, by and through his undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant Jerico Pictures, Inc. d/b/a National Public Data ("Defendant"), on the grounds that Defendant has failed to appear or otherwise respond to the Class Action Complaint ("Complaint") within the time prescribed by the Federal Rules of Civil Procedure.

The Return of Service of Anil Kumar Srivastava in Support of Motion for Entry of Clerk's Default demonstrates that on August 24, 2024, Defendant was served with the Summons and a copy of the Complaint by corporate service, by serving the Defendant's registered agent, Salvatore Verini, Jr., at 1801 NW 126th Way, Coral Springs, Florida 33071(see ECF # 5).

The time allowed for Defendant to respond to the Complaint has expired. Neither Plaintiff nor the Court has granted Defendant an extension of time to respond to the Complaint. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other

response upon Plaintiff's attorney of record. Plaintiff is informed and believes that Defendant is a corporation and is not considered an infant or incompetent person. Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff John Dumas requests that a default be entered by the Clerk against Defendant Jerico Pictures, Inc., d/b/a National Public Data, and for such other and further relief as the Court deems just and proper.

Dated: September 20, 2024

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock, FL Bar # 78263
D. Nicole Guntner, FL Bar # 1028925
**AYLSTOCK, WITKIN, KREIS &
     OVERHOLTZ, PLLC**
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
Email:  baylstock@awkolaw.com
             nguntner@awkolaw.com

and

Paul J. Doolittle, Esq.[*]
**POULIN | WILLEY | ANASTOPOULO**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
             cmad@poulinwilley.com
*Pro Hac Vice forthcoming*

*Attorneys for Plaintiff and the class*

2