# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JOHN DUMAS

    PLAINTIFF(S)

v.

JERICO PICTURES, INC.,

    DEFENDANT(S).

CASE NUMBER
0:24−cv−61502−DSL

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Jerico Pictures, Inc.**

as of course, on the date September 23, 2024.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Esperanza Buchhorst−Rodriguez*
Deputy Clerk

cc: Judge David S. Leibowitz
    JOHN DUMAS

    Las Vegas, NV

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)