IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JOHN DUMAS, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff,*<br><br>v.<br><br>**JERICO PICTURES, INC., d/b/a NATIONAL PUBLIC DATA**<br><br>*Defendant.* | Case No.: 0:24-cv-61502-DSL |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, JOHN DUMAS, on behalf of himself and all others similarly situated, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant, JERICO PICTURES, INC. d/b/a NATIONAL PUBLIC DATA. Defendant has not served an answer or motion for summary judgment in this action.

Dated: October 16, 2024

                                              */s/ Bryan F. Aylstock*
                                              Bryan F. Aylstock (Fla. Bar 78263)
                                              D. Nicole Guntner (Fla. Bar 1028925)
                                              **AYLSTOCK, WITKIN, KREIS &**
                                                    **OVERHOLTZ, PLLC**
                                              17 E. Main Street, Suite 200
                                              Pensacola, FL 32502
                                              Telephone: (850) 202-1010
                                              Email: baylstock@awkolaw.com
                                                           nguntner@awkolaw.com

                                                          and

Paul J. Doolittle, Esq.
**POULIN | WILLEY | ANASTOPOULO**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
           cmad@poulinwilley.com

*Attorneys for Plaintiff and the class*