UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61502-LEIBOWITZ/AUGUSTIN-BIRCH

JOHN DUMAS,
*individually and on behalf of all others similarly situated,*

    *Plaintiff*,

v.

JERICO PICTURES, INC.
d/b/a NATIONAL PUBLIC DATA,

    *Defendant.*

_____/

### ORDER

    **THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal [ECF No. 12], filed on October 16, 2024. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby **ORDERED AND ADJUDGED** that the instant action is **DISMISSED** *without prejudice. The Clerk of Court* is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in the Southern District of Florida on October 16, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record